FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 6 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:19CR 00104 JM |
| v. ) | |
| ) | |
| THOMAS BRANUM ) | 18 U.S.C. § 1791(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 12, 2018, in the Eastern District of Arkansas, the defendant,

THOMAS BRANUM,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, knowingly possessed a prohibited object, to wit: methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 1791(a)(2).

### COUNT 2

On or about March 12, 2018, in the Eastern District of Arkansas, the defendant,

THOMAS BRANUM,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, knowingly possessed a prohibited object, to wit: buprenorphine, naloxone, a Schedule III controlled substance, in violation of Title 18, United States Code, Section 1791(a)(2).